**James A. BUTLER, Plaintiff—Appellant,**

v.

**SHEARIN, Warden; A.W. Bogdan; Bradford; Mecca; Boyce; Nurse Smith; Elayan; Forster, PA; L. Long; Soe Hart; Cox; Cosgrove; W.M. Pugh; Officer Duvall; McGorty, FS Admin; Navelancy, A-2 Counselor; Lambert; Signes; Mr. Servoss, Assistant Food Services Manager; Whittington, A-1 Unit Secretary; Corrections Officer Smith; R. Cosgrove; W. Cox; Marbaruk, Clinical Director; S. Dewalt, Warden, sued in their individual and official capacity; David Ezekial, A-1 Unit Manager; Jones, A-1 Unit Officer, Defendants—Appellees,**

and

**H. Services Administration; Nurse Williams; Clinical Director; S. Crump; Most; Jane Doe; John Doe, Jr.; T. Hart; Soe; Elawan; J. Baney, Defendants.**

No. 06–7905.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 27, 2008.

James A. Butler, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Ariana Wright Arnold, Neil Ray White, Office of the United States Attorney, Baltimore, Maryland; Jennifer Wright Schick, Assistant United States Attorney, Ellicott City, Maryland, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butler v. Shearin*, No. 1:04–cv–02496–WMN (D.Md. Aug. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*